**Rosenbaum & Segall, P.C.**
AmazonSellersLawyer.com

780 Long Island Blvd., Long Beach, NY 11561
Phone: 212-256-8499
Skype/ WeChat: AmazonSellersLawyer
www.AmazonSellersLawyer.com

February 7, 2025

Honorable Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Re: FB SELECT, LLC., a New York limited liability company., v. ZASE INC., a California Corporation, Jing Song, and JOHN DOES 1-10, individually or as corporations / business entities; Case No.: 24-cv-9147

Honorable Judge Cronan:

The undersigned represents the Plaintiff, FB Select, LLC, in the above referenced matter. Per the Order (DE 13) on January 27, 2025, please consider this our formal notice to the Court and the parties that we are withdrawing the Motion for Entry of Default, filed January 14, 2025, at docket entry No. 10, due to Defendant's Counsel's notice of appearance.

Should the Court require any further information, the parties shall remain as so Ordered.

Respectfully submitted,

/s/ *Cory Jay Rosenbaum*

(electronically signed)
C.J. Rosenbaum, Esq
Rosenbaum & Segall, P.C.
780 Long Beach Blvd.,
Long Beach, NY 11561
CJR@AmazonSellersLawyer.com
212-256-1109
NYS Bar #2669133

In light of the instant letter, Defendants' request for an extension of time to answer the Complaint is granted. Defendants' deadline to respond to the Complaint is retroactively extended to February 10, 2025. Plaintiff's motion for entry of default, Dkt. 10, is deemed to be withdrawn without prejudice. The Clerk of Court is respectfully directed to close Docket Numbers 10 and 12.

SO ORDERED.
Date: February 7, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge